**Opinion issued August 6, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00162-CV

———————————

## IN RE MEHTA, Relator

———————————

## Original Proceeding on Petition for Writ of Mandamus

———————————

## MEMORANDUM OPINION

Relators, Sunil Kumar Mehta and Mehta Investments, Ltd., have filed a petition for writ of mandamus challenging the trial court's denial of their motion to disqualify counsel from representing real party in interest in the underlying suit.[1] The petition concerns contested issues of fact, which this Court does not resolve in

---

[1] The underlying case is *Mohammed Ahmed v. Sunil Kumar Mehta and Mehta Investments, Ltd.*, cause number 2017-84654, pending in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.

an original mandamus proceeding. *See In re Texas Windstorm Ins. Ass'n*, 417 S.W.3d 119, 130 (Tex. App.—Houston [1st Dist.] 2013, orig. proceeding). As is the case here, "[i]f the record contains legally sufficient evidence both against and in support of the trial court's decision then mandamus will not lie because weighing conflicting evidence is a trial court function." *In re Pirelli Tire, L.L.C.*, 247 S.W.3d 670, 686 (Tex. 2007) (orig. proceeding); *see MC Worldwide, L.P. v. Gray*, 178 S.W.3d 29, 36 (Tex. App.—Houston [1st Dist.] 2005, no pet.) ("Abuse of discretion does not exist if the trial court heard conflicting evidence and evidence appears in the record that reasonably supports the trial court's decision."). Accordingly, we deny the petition.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Goodman.